B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stamm, Raelene A** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all):   **xxx-xx-9380** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**430 Highview Avenue<br>Elmhurst IL 60126**<br><br>DuPage      ZIP CODE 60126 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check<br>this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** | **Nature of Debts** |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or<br>against debtor is pending: | (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under title 26 of the United States<br>Code (the Internal Revenue Code). | (Check one box.)<br>☑ Debts are primarily consumer      ☐ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box.) | Check one box:      **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (amount subject to adjustment<br>on 4/01/13 and every three years thereafter).<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

THIS SPACE FOR
COURT USE ONLY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 10 2012
KENNETH S. GARDNER, CLERK
PS. REP. - AJ

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.37.1, ID 3276499048)

B1 (Official Form 1) (12/11)                                                                                                Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Raelene A Stamm** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): **Raelene A Stamm** |
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Raelene Stamm_
Raelene A Stamm

X _312·450·1323_

Telephone Number (If not represented by attorney)

7/24/2012   _Sept. 10, 2012_
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X _____
Debtor not represented by attorney

Bar No. _____

Phone No. _____ Fax No. _____

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Andria Guerra**
Printed Name and title, if any, of Bankruptcy Petition Preparer

336.56.3022
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

6135 N Northwest
Chicago IL 60631

Address _____

X _Andria Guerra_
7/24/2012
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:    **Raelene A Stamm**

Case No. _____

(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    **Raelene A Stamm**                                    Case No. _____
                                                                                (if known)

                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____*Raelene Stamm*_____
                Raelene A Stamm

Date: _____*7/24/2012*_____

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Raelene A Stamm**                                    Case No.

Chapter      **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $5,800.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $7,841.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $20,473.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $110,948.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,665.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,052.00 |
| | TOTAL | 22 | $5,800.00 | $139,263.23 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Raelene A Stamm**                                          Case No.

Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $20,473.82 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $20,473.82 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,665.00 |
| Average Expenses (from Schedule J, Line 18) | $4,052.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,665.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $2,841.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $20,473.82 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $110,948.41 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $113,789.41 |

B6A (Official Form 6A) (12/07)

In re  **Raelene A Stamm**                                          Case No. _____
                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | **Total:** | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Raelene A Stamm**                                            Case No. _____

                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture | - | $300.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing, shoes, coats | - | $200.00 |
| 7. Furs and jewelry. | | costume jewelry | - | $50.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Raelene A Stamm**                                        Case No. _____

                                                                       (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Raelene A Stamm**                                            Case No. _____

                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Ford Taurus 90,000 | - | $5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Raelene A Stamm**                                      Case No. _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | laptop computer | - | $250.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached               **Total >** | $5,800.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  Raelene A Stamm                                    Case No. _____
                                                                    (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Furniture | | $300.00 | $300.00 |
| clothing, shoes, coats | | $200.00 | $200.00 |
| costume jewelry | | $50.00 | $50.00 |
| 2007 Ford Taurus 90,000 | | $7,841.00 | $5,000.00 |
| laptop computer | | $250.00 | $250.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $8,641.00 | $5,800.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Raelene A Stamm**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $300.00 | $300.00 | $0.00 | $300.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $200.00 | $200.00 | $0.00 | $200.00 | $0.00 |
| 7. | Furs and jewelry. | $50.00 | $50.00 | $0.00 | $50.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Copyright 1996-2012, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Raelene A Stamm**                                    CASE NO

                                                             CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)                  Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $5,000.00 | $7,841.00 | $0.00 | $7,841.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $250.00 | $250.00 | $0.00 | $250.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|     | **TOTALS:** | **$5,800.00** | **$8,641.00** | **$0.00** | **$8,641.00** | **$0.00** |

### Surrendered Property:
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|-------------:|-----:|-------:|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|-------------:|-----:|-------:|------------------:|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2012, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Raelene A Stamm**                                        CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**
(None)

|  | | | | |
|---|---|---|---|---|
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$5,800.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$5,800.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$8,641.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$8,641.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$0.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$0.00** |
| J. Total Exemptions Claimed | **$8,641.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

*Copyright 1996-2012, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

B6D (Official Form 6D) (12/07)

In re  **Raelene A Stamm**

Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxxx1000<br><br>**Santander Consumer**<br>**8585 N Stemmons Fwy Suite 1100 N**<br>**Dallas TX 75247** | | - | DATE INCURRED: **08/01/2011**<br>NATURE OF LIEN:<br>**Auto**<br>COLLATERAL:<br>**2007 Ford Taurus 90,000**<br>REMARKS:<br><br>VALUE: **$5,000.00** | | | | $7,841.00 | $2,841.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $7,841.00 | $2,841.00 |
| | | | Total (Use only on last page) > | | | | $7,841.00 | $2,841.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **Raelene A Stamm**                                    Case No. _____

                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re   **Raelene A Stamm**                                    Case No. _____
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxx7968<br>**Illinois Department of Revenue**<br>**PO Box 19035**<br>**Springfield IL 62794.9035** | | - | DATE INCURRED: **12/31/2007**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $5,663.93 | $5,663.93 | $0.00 |
| ACCT #: x xxxxx xxxx-9380<br>**Internal Revenue Service**<br>**Department of the Treasury**<br>**Cincinnati, OH 45999-0030** | | - | DATE INCURRED: **12/31/2007**<br>CONSIDERATION:<br>**IRS**<br>REMARKS: | | | | $14,809.89 | $14,809.89 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >   $20,473.82   $20,473.82   $0.00

Total >   $20,473.82
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >   $20,473.82   $0.00
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)
In re  **Raelene A Stamm**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx7627<br>Allied Interstate, Inc<br>POB 4000<br>Warrenton VA 20188 | | - | DATE INCURRED: 03/05/2012<br>CONSIDERATION:<br>Collecting for - PNC Bank<br>REMARKS: | | | | $154.00 |
| ACCT #:  xxxxxx3571<br>Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087 | | | DATE INCURRED: 04/01/2010<br>CONSIDERATION:<br>Collecting for - Medical Payment Data<br>REMARKS: | | | | $341.00 |
| ACCT #:  xxxxx3570<br>Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087 | | - | DATE INCURRED: 04/01/2010<br>CONSIDERATION:<br>Collecting for - Med Pay Data<br>REMARKS: | | | | $696.15 |
| ACCT #:  xxxxxx3572<br>Armor Systems Co<br>1700 Kiefer Drive, Suite 1<br>Zion IL 60099.5105 | | - | DATE INCURRED: 04/01/2010<br>CONSIDERATION:<br>Collecting for - Medical Payment Data<br>REMARKS: | | | | $20.00 |
| ACCT #:  x xxxxxx xxxxx6799<br>ATT<br>PO Box 8100<br>Aurora IL 60507-8100 | | - | DATE INCURRED: 11/01/2011<br>CONSIDERATION:<br>Phone<br>REMARKS: | | | | $792.00 |
| ACCT #:  xxxxx3310<br>Attorney Arnold Scott Harris<br>POB 5625<br>Chicago, IL 60680.5625 | | | DATE INCURRED: 01/11/2012<br>CONSIDERATION:<br>Collecting for - City of Chicago<br>REMARKS: | | | | $244.00 |
| | | | Subtotal > | | | | $2,247.15 |
| | | | Total > (Use only on last page of the completed Schedule F.) | | | | |

___8___ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raelene A Stamm**                                    Case No. _____
                                                                        (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x xxxxx xxxxxxx6869<br>**Beermann Swerdlove**<br>**161 N Clark St Ste 2600**<br>**Chicago IL 60601** | | - | DATE INCURRED: **10/01/2011**<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $7,147.00 |
| ACCT #:  xxxxxx0057<br>**BENFCL/HFC**<br>**POB 6985**<br>**Bridgewater NJ 08807** | | | DATE INCURRED: **12/01/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $9,844.00 |
| ACCT #:  xxxxxxxx3312<br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA 23285-5075** | | - | DATE INCURRED: **12/01/32000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,057.00 |
| ACCT #:  xxxxxxxx1809<br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA 23285-5075** | | | DATE INCURRED: **12/01/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,664.00 |
| ACCT #:  x xtamm<br>**Chase**<br>**201 N Walnut St**<br>**Mailstop DE1-1027**<br>**Wilmington, DE 19801** | | - | DATE INCURRED: **05/01/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $404.21 |
| ACCT #:  xxxxxx4674<br>**City of Chicago**<br>**Department of Revenue**<br>**POB 88290**<br>**Chicago IL 60680.1290** | | - | DATE INCURRED: **01/26/2011**<br>CONSIDERATION:<br>**Ticket**<br>REMARKS: | | | | $100.00 |

Sheet no. ____1____ of ____8____ continuation sheets attached to                                    Subtotal >   | $21,216.21 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
                                        (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raelene A Stamm**                                                    Case No. _____
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx3310<br>**City of Chicago**<br>**Department of Revenue**<br>**POB 88290**<br>**Chicago IL 60680.1290** | | - | DATE INCURRED:  **07/24/2010**<br>CONSIDERATION:<br>**Ticket**<br>REMARKS: | | | | $557.64 |
| ACCT #:  xxxxxx5710<br>**City of Chicago**<br>**Department of Revenue**<br>**POB 88290**<br>**Chicago IL 60680.1290** | | - | DATE INCURRED:  **10/26/2011**<br>CONSIDERATION:<br>**Ticket**<br>REMARKS: | | | | $100.00 |
| ACCT #:  xxxxx6030<br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd**<br>**St Charles, MO 63301-4047** | | - | DATE INCURRED:  **04/16/2012**<br>CONSIDERATION:<br>**Collecting for - Discover Card**<br>REMARKS: | | | | $2,287.20 |
| ACCT #:  x xxxxx xxxxxxxxxx3292<br>**Comcast Cable**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** | | - | DATE INCURRED:  **12/28/2011**<br>CONSIDERATION:<br>**Cable**<br>REMARKS: | | | | $716.67 |
| ACCT #:  x xxxxx xxxxxx0001<br>**Comed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0002** | | - | DATE INCURRED:  **08/01/2011**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $1,111.00 |
| ACCT #:  xxxxxxxxx x xtamm<br>**Convergent Outsourcing**<br>**10750 Hammerly Blvd #200**<br>**Houston TX 77043** | | | DATE INCURRED:  **05/10/2012**<br>CONSIDERATION:<br>**Collecting for - JP Morgan Chase**<br>REMARKS: | | | | $404.25 |

Sheet no. ___2___ of ___8___ continuation sheets attached to                                    Subtotal >      | $5,176.76 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                                            (Use only on last page of the completed Schedule F.)
                                                    (Report also on Summary of Schedules and, if applicable, on the
                                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raelene A Stamm**                                              Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxx3292<br>Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007 | | - | DATE INCURRED: **12/28/2011**<br>CONSIDERATION:<br>**Collecting for - Comcast-Chicago**<br>REMARKS: | | | | $716.67 |
| ACCT #:  xxxxxxx3302<br>Dependon Collection Serv<br>7627 W Lake St, #210<br>River Forest, IL 60305 | | | DATE INCURRED: **06/01/2010**<br>CONSIDERATION:<br>**Collecting for - Medical Payment Data**<br>REMARKS: | | | | $446.00 |
| ACCT #:  xxxxxxx6923<br>Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850 | | - | DATE INCURRED: **10/01/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,287.00 |
| ACCT #:  xxxx4721<br>Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville FL 32256 | | | DATE INCURRED: **04/19/2012**<br>CONSIDERATION:<br>**Collecting for - ATT**<br>REMARKS: | | | | $579.95 |
| ACCT #:  xxxxxx6869<br>Fidelty National Prop and Casualty<br>PO Box 33003<br>St. Petersburg FL 33733-8003 | | | DATE INCURRED: **10/01/2011**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $7,147.00 |
| ACCT #:  xxxxxx6799<br>Franklin Collection Services<br>2978 W Jackson St.<br>Tupelo MS 38801 | | | DATE INCURRED: **11/01/2011**<br>CONSIDERATION:<br>**Collecting for - ATT**<br>REMARKS: | | | | $792.00 |

Sheet no. ___3___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $11,968.62

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raelene A Stamm**                                                    Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx9502<br>**GECRB/Ikea**<br>**4125 Windward Plaza Drive**<br>**Alpharetta GA 30005** | | - | DATE INCURRED: **04/01/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $507.00 |
| ACCT #:  xxxxx6403<br>**General American Finance**<br>**205 W Wacker**<br>**Chicago IL 60606** | | | DATE INCURRED: **12/01/2007**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $1,505.00 |
| ACCT #:  xxxxx6136<br>**General American Finance**<br>**205 W Wacker**<br>**Chicago IL 60606** | | - | DATE INCURRED: **12/01/2007**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $1,972.00 |
| ACCT #:  xxxx5157<br>**Global Credit & Collection Corp**<br>**300 International Drive**<br>**PMB# 10015**<br>**Williamsville NY 14221** | | - | DATE INCURRED: **02/22/2010**<br>CONSIDERATION:<br>**Collecting for - Capital One Services LLC**<br>REMARKS: | | | | $1,200.88 |
| ACCT #:  xxxxxx1351<br>**Heller, Shapiro, Triso &**<br>**111 W Washington #1650**<br>**Chicago IL 60602** | | - | DATE INCURRED: **10/15/2009**<br>CONSIDERATION:<br>**Collecting for - TCF Bank**<br>REMARKS: | | | | $165.00 |
| ACCT #:  xxxxx7619<br>**Heritage Financial Recovery Service**<br>**600 East Crescent Ave #304**<br>**Upper Saddle River NJ 07458** | | | DATE INCURRED: **03/15/2012**<br>CONSIDERATION:<br>**Collecting for - PNC Bank**<br>REMARKS: | | | | $487.11 |

Sheet no. ___4___ of ___8___ continuation sheets attached to                                    Subtotal >          $5,836.99
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                                    (Use only on last page of the completed Schedule F.)
                                                    (Report also on Summary of Schedules and, if applicable, on the
                                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raelene A Stamm**                                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx4035 <br> **HSBC BANK** <br> **1441 SCHILLING PLACE** <br> **SALINAS, CA 93901** | | - | DATE INCURRED:  **10/01/2010** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $296.00 |
| ACCT #:  **xxxxx xx-x-x0163** <br> **Hurst, Brian J. Attny** <br> **and/or HRK Family Law** <br> **20 South Clark Street, #600** <br> **Chicago IL 60603** | | | DATE INCURRED:  **01/01/2009** <br> CONSIDERATION: <br> **Legal Fees** <br> REMARKS: | | | | $20,000.00 |
| ACCT #:  **xxxxxx0001** <br> **IC System Inc.** <br> **PO Box 64378** <br> **Saint Paul MN 55164** | | - | DATE INCURRED:  **11/01/2011** <br> CONSIDERATION: <br> **Collecting for - Comed** <br> REMARKS: | | | | $1,111.39 |
| ACCT #:  **xxxxxx0001** <br> **IC System Inc.** <br> **PO Box 64378** <br> **Saint Paul MN 55164** | | | DATE INCURRED:  **08/01/2011** <br> CONSIDERATION: <br> **Collecting for - Comed** <br> REMARKS: | | | | $41.00 |
| ACCT #:  **xxxxx2720** <br> **Linebarger Goggan Blair & Sampson, LLP** <br> **Attorney at Law** <br> **PO Box 06268** <br> **Chicago, IL 60606-0268** | | - | DATE INCURRED:  **03/05/12** <br> CONSIDERATION: <br> **Collection Agency** <br> REMARKS: | | | | $7,289.40 |
| ACCT #:  **x xxxxxx xxxxxxx3331** <br> **Medical Payment Data** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773** | | | DATE INCURRED:  **03/01/2010** <br> CONSIDERATION: <br> **Medical** <br> REMARKS: | | | | $1,258.00 |

Sheet no. ____5____ of ____8____ continuation sheets attached to                                    Subtotal >            $29,995.79
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                                          (Use only on last page of the completed Schedule F.)
                                  (Report also on Summary of Schedules and, if applicable, on the
                                  Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Raelene A Stamm**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x xxramm<br>**Medical Payment Data**<br>1374 S Babcock St<br>Melbourne FL 32901 | | - | DATE INCURRED:  08/01/2010<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $446.00 |
| ACCT #:  xxxxxx6963<br>**Midland Credit Management, Inc**<br>8875 Aero Drive Suite 200<br>San Diego CA 92123 | | | DATE INCURRED:  06/01/2009<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $14,332.00 |
| ACCT #:  xxxxxx3331<br>**Nationwide Credit & Collection, Inc**<br>9919 Roosevelt Rd<br>Westchester, IL 60154 | | - | DATE INCURRED:  03/01/2010<br>CONSIDERATION:<br>**Collecting for - Medical Payment Data**<br>REMARKS: | | | | $1,258.00 |
| ACCT #:  xxxxxx2561<br>**Nationwide Credit & Collection, Inc**<br>9919 Roosevelt Rd<br>Westchester, IL 60154 | | | DATE INCURRED:  02/01/2010<br>CONSIDERATION:<br>**Collecting for - Medical Payment Data**<br>REMARKS: | | | | $130.00 |
| ACCT #:  xxxxxx0671<br>**Nissan Infiniti**<br>POB 660360<br>Dallas TX 75266 | | | DATE INCURRED:  07/01/2008<br>CONSIDERATION:<br>**Auto**<br>REMARKS: | | | | $10,553.00 |
| ACCT #:  xxxxxxxx x xtamm<br>**Northland Group Inc.**<br>PO Box 390905<br>Edina, MN 55439 | | | DATE INCURRED:  02/17/2012<br>CONSIDERATION:<br>**Collecting for - Capital One Bank**<br>REMARKS: | | | | $1,664.11 |

Sheet no. ___6___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                   $28,383.11

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Raelene A Stamm**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x xxxxx xxxxxx7619<br>PNC Bank<br>100 West Randolph, Ste 120<br>Chicago IL 60601 | | - | DATE INCURRED: 03/15/2012<br>CONSIDERATION:<br>Bank fees<br>REMARKS: | | | | $487.11 |
| ACCT #:  xxx7314<br>Resurrection Behavioral Health<br>2001 Butterfield Road, Suite 320<br>Downers Grove IL 60515.5466 | | | DATE INCURRED: 01/23/2012<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $437.35 |
| ACCT #:  xxxx8011<br>RNB-Fields3<br>POB 9475<br>Minneapolis MN 55440 | | - | DATE INCURRED: 06/01/1994<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $1,001.00 |
| ACCT #:  x1376<br>Rosecrance Inc.<br>3815 Harrison Avenue<br>Rockford IL 61108.7631 | | | DATE INCURRED: 12/8/2011<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $1,411.32 |
| ACCT #:  xxxx4922<br>RPM - Receivables Perfomance Mngm LLC<br>POB 768<br>Bothell WA 98041 | | - | DATE INCURRED: 03/01/2011<br>CONSIDERATION:<br>Collecting for - T Mobile<br>REMARKS: | | | | $1,036.00 |
| ACCT #:  xxxx0327<br>State Collection Services<br>2509 S Stoughton Rd<br>Madison, WI 53716 | | - | DATE INCURRED: 08/01/2008<br>CONSIDERATION:<br>Collecting for - Medical Payment Data<br>REMARKS: | | | | $80.00 |

Sheet no. ___7___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $4,452.78

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raelene A Stamm**                                     Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x xxxxxx xxxx4922**<br>**T Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** | | - | DATE INCURRED:  **03/01/2011**<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $1,036.00 |
| ACCT #:  **x xxxxxx xxxxxx1351**<br>**TCF National Bank**<br>**800 Burr Ridge Parkway**<br>**Burr Ridge IL 60527** | | | DATE INCURRED:  **10/01/2009**<br>CONSIDERATION:<br>**Bank fees**<br>REMARKS: | | | | $165.00 |
| ACCT #:  **xxxxDFE8**<br>**Village of Melrose Park**<br>**39841 Treasury Center**<br>**Chicago IL 60694.9700** | | - | DATE INCURRED:  **09/03/2011**<br>CONSIDERATION:<br>**Ticket**<br>REMARKS: | | | | $200.00 |
| ACCT #:  **xxxx1364**<br>**Village of Oak Park**<br>**c/o MSB Parking**<br>**POB 2730**<br>**Huntington Beach CA 92647.2730** | | - | DATE INCURRED:  **04/12/2010**<br>CONSIDERATION:<br>**Ticket**<br>REMARKS: | | | | $270.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___8___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $1,671.00

Total >  $110,948.41

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Raelene A Stamm**                                    Case No. _____

                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Raelene A Stamm**                                    Case No. _____

                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **Raelene A Stamm**

Case No. _____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): 9 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Court Reporter | |
| Name of Employer | Veritex/Chicago Reporting Company | |
| How Long Employed | | |
| Address of Employer | 258 Vreeland Road<br>Florham Park NJ 07932 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | **$0.00** | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| | b. Social Security Tax | $0.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $3,665.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a._____ | $0.00 | |
| | b._____ | $0.00 | |
| | c._____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$3,665.00** | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,665.00** | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,665.00** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Raelene A Stamm**

Case No. _____

(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,450.00 |
| a. Are real estate taxes included?    ☑ Yes    ☐ No | |
| b. Is property insurance included?    ☑ Yes    ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $248.00 |
| b. Water and sewer | |
| c. Telephone | $70.00 |
| d. Other: | |
| 3. Home maintenance (repairs and upkeep) | $25.00 |
| 4. Food | $350.00 |
| 5. Clothing | $35.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $50.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $89.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | |
| b. Life | |
| c. Health | $356.00 |
| d. Auto | $82.00 |
| e. Other:  IRS | $210.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto: | $337.00 |
| b. Other: | |
| c. Other: | |
| d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | $750.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,052.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $3,665.00 |
| b. Average monthly expenses from Line 18 above | $4,052.00 |
| c. Monthly net income (a. minus b.) | ($387.00) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Raelene A Stamm**                                        Case No. _____
                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **7/24/2012** *Sept. 10, 2012*          Signature *Raelene Stamm*
                                                          **Raelene A Stamm**

Date _____          Signature _____

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer**                    **336.56.3022**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No.
                                                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

**6135 N Northwest**
**Chicago IL 60631**

_____          **7/24/2012**
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Raelene A Stamm**                                          Case No. _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2012 - $21,990 | Self employment |
| 2011 - $43,977 | Self employment |
| 2010 - $24,513 | Self employment |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Raelene A Stamm**                                         Case No. _____
                                                                                  (if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

### 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Andria Guerra<br>Chicago IL 60631 | 7/11/2012 | $50 typing fee bankruptcy documents |
| 123 Credit Counselors<br>701 NW 62nd Avenue<br>Suite 160<br>Miami, FL  33126 | 5/11/2012 | $30 pre-filing credit counseling |

---

### 10. Other transfers

None ☑   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Raelene A Stamm**                                      Case No. _____
                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☑   b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Raelene A Stamm**                                    Case No. _____
                                                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Raelene A Stamm**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None
☑ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☑ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None
☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None
☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Raelene A Stamm**                                    Case No. _____

                                                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _7/24/2012_____                    Signature       *Raelene Stamm*
                                                                              of Debtor       **Raelene A Stamm**

Date _____                 Signature       _____
                                                                              of Joint Debtor
                                                                              (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Raelene A Stamm**                                    Case No. _____

                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer**                          **336.56.3022**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**6135 N Northwest
Chicago IL 60631**

_Andria Guerra_                                          **7/24/2012**
Signature of Bankruptcy Petition Preparer                        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

| In re: **Raelene A Stamm** | CASE NUMBER: |
| | CHAPTER:    **7** |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

| x _~signature~_ | 336.56.3022 | 7/24/2012 |
| Signature | Social Security Number | Date |

Name (Print):

Address:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Raelene A Stamm**                                    CASE NO

                                                              CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 7/24/2012 _____          Signature _____
                                                  *Raelene A Stamm*

Date _____          Signature _____

Allied Interstate, Inc
POB 4000
Warrenton VA 20188


Armor Systems Co
2322 N Greenbay Rd
Waukegan, IL 60087


Armor Systems Co
1700 Kiefer Drive, Suite 1
Zion IL 60099.5105


ATT
PO Box 8100
Aurora IL 60507-8100


Attorney Arnold Scott Harris
POB 5625
Chicago, IL 60680.5625


Beermann Swerdlove
161 N Clark St Ste 2600
Chicago IL 60601


BENFCL/HFC
POB 6985
Bridgewater NJ 08807


Capital One
PO Box 85015
Richmond, VA 23285-5075


Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

City of Chicago
Department of Revenue
POB 88290
Chicago IL 60680.1290


Client Services, Inc.
3451 Harry Truman Blvd
St Charles, MO 63301-4047


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


Comed
Bill Payment Center
Chicago, IL 60668-0002


Convergent Outsourcing
10750 Hammerly Blvd #200
Houston TX 77043


Credit Management LP
4200 International Pkwy
Carrollton, TX 75007


Dependon Collection Serv
7627 W Lake St, #210
River Forest, IL 60305


Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850


Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville FL 32256

Fidelty National Prop and Casualty
PO Box 33003
St. Petersburg FL 33733-8003


Franklin Collection Services
2978 W Jackson St.
Tupelo MS 38801


GECRB/Ikea
4125 Windward Plaza Drive
Alpharetta GA 30005


General American Finance
205 W Wacker
Chicago IL 60606


Global Credit & Collection Corp
300 International Drive
PMB# 10015
Williamsville NY 14221


Heller, Shapiro, Triso &
111 W Washington #1650
Chicago IL 60602


Heritage Financial Recovery Service
600 East Crescent Ave #304
Upper Saddle River NJ 07458


HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901


Hurst, Brian J. Attny
and/or HRK Family Law
20 South Clark Street, #600
Chicago IL 60603

IC System Inc.
PO Box 64378
Saint Paul MN 55164


Illinois Department of Revenue
PO Box 19035
Springfield IL 62794.9035


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999-0030


Linebarger Goggan Blair & Sampson, LLP
Attorney at Law
PO Box 06268
Chicago, IL 60606-0268


Medical Payment Data
PO Box 9500
Wilkes Barre, PA 18773


Medical Payment Data
1374 S Babcock St
Melbourne FL 32901


Midland Credit Management, Inc
8875 Aero Drive Suite 200
San Diego CA 92123


Nationwide Credit & Collection, Inc
9919 Roosevelt Rd
Westchester, IL 60154


Nissan Infiniti
POB 660360
Dallas TX 75266

Northland Group Inc.
PO Box 390905
Edina, MN 55439


PNC Bank
100 West Randolph, Ste 120
Chicago IL 60601


Resurrection Behavioral Health
2001 Butterfield Road, Suite 320
Downers Grove IL 60515.5466


RNB-Fields3
POB 9475
Minneapolis MN 55440


Rosecrance Inc.
3815 Harrison Avenue
Rockford IL 61108.7631


RPM - Receivables Perfomance Mngm LLC
POB 768
Bothell WA 98041


Santander Consumer
8585 N Stemmons Fwy Suite 1100 N
Dallas TX 75247


State Collection Services
2509 S Stoughton Rd
Madison, WI 53716


T Mobile
PO Box 742596
Cincinnati, OH 45274-2596

TCF National Bank
800 Burr Ridge Parkway
Burr Ridge IL 60527


Village of Melrose Park
39841 Treasury Center
Chicago IL 60694.9700


Village of Oak Park
c/o MSB Parking
POB 2730
Huntington Beach CA 92647.2730

Debtor(s)  Raelene A Stamm

Case No:

Chapter:  7

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

Allied Interstate, Inc
POB 4000
Warrenton VA 20188

Client Services, Inc.
3451 Harry Truman Blvd
St Charles, MO 63301-4047

GECRB/Ikea
4125 Windward Plaza Drive
Alpharetta GA 30005

Armor Systems Co
2322 N Greenbay Rd
Waukegan, IL 60087

Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

General American Finance
205 W Wacker
Chicago IL 60606

Armor Systems Co
1700 Kiefer Drive, Suite 1
Zion IL 60099.5105

Comed
Bill Payment Center
Chicago, IL 60668-0002

Global Credit & Collection Co
300 International Drive
PMB# 10015
Williamsville NY 14221

ATT
PO Box 8100
Aurora IL 60507-8100

Convergent Outsourcing
10750 Hammerly Blvd #200
Houston TX 77043

Heller, Shapiro, Triso &
111 W Washington #1650
Chicago IL 60602

Attorney Arnold Scott Harris
POB 5625
Chicago, IL 60680.5625

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007

Heritage Financial Recovery S
600 East Crescent Ave #304
Upper Saddle River NJ 07458

Beermann Swerdlove
161 N Clark St Ste 2600
Chicago IL 60601

Dependon Collection Serv
7627 W Lake St, #210
River Forest, IL 60305

HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901

BENFGL/HFC
POB 6985
Bridgewater NJ 08807

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850

Hurst, Brian J. Attny
and/or HRK Family Law
20 South Clark Street, #600
Chicago IL 60603

Capital One
PO Box 85015
Richmond, VA 23285-5075

Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville FL 32256

IC System Inc.
PO Box 64378
Saint Paul MN 55164

Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Fidelty National Prop and Casua
PO Box 33003
St. Petersburg FL 33733-8003

Illinois Department of Revenu
PO Box 19035
Springfield IL 62794.9035

City of Chicago
Department of Revenue
POB 88290
Chicago IL 60680.1290

Franklin Collection Services
2978 W Jackson St.
Tupelo MS 38801

Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999-0030

Debtor(s):  Raelene A Stamm

Case No:
Chapter:  7

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

Linebarger Goggan Blair & Samps
Attorney at Law
PO Box 06268
Chicago, IL 60606-0268

Rosecrance Inc.
3815 Harrison Avenue
Rockford IL 61108.7631

Medical Payment Data
PO Box 9500
Wilkes Barre, PA 18773

RPM - Receivables Perfomance Mn
POB 768
Bothell WA 98041

Medical Payment Data
1374 S Babcock St
Melbourne FL 32901

Santander Consumer
8585 N Stemmons Fwy Suite 1100
Dallas TX 75247

Midland Credit Management, Inc
8875 Aero Drive Suite 200
San Diego CA 92123

State Collection Services
2509 S Stoughton Rd
Madison, WI 53716

Nationwide Credit & Collection,
9919 Roosevelt Rd
Westchester, IL 60154

T Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Nissan Infiniti
POB 660360
Dallas TX 75266

TCF National Bank
800 Burr Ridge Parkway
Burr Ridge IL 60527

Northland Group Inc.
PO Box 390905
Edina, MN 55439

Village of Melrose Park
39841 Treasury Center
Chicago IL 60694.9700

PNC Bank
100 West Randolph, Ste 120
Chicago IL 60601

Village of Oak Park
c/o MSB Parking
POB 2730
Huntington Beach CA 92647.2730

Resurrection Behavioral Health
1001 Butterfield Road, Suite 32
Downers Grove IL 60515.5466

RPM-Wireless
POB 9475
Minneapolis MN 55440

Allied Interstate, Inc
POB 4000
Warrenton VA 20188

Client Services, Inc.
3451 Harry Truman Blvd
St Charles, MO 63301-4047

GECRB/Ikea
4125 Windward Plaza Drive
Alpharetta GA 30005

Armor Systems Co
2322 N Greenbay Rd
Waukegan, IL 60087

Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

General American Finance
205 W Wacker
Chicago IL 60606

Armor Systems Co
1700 Kiefer Drive, Suite 1
Zion IL 60099.5105

Comed
Bill Payment Center
Chicago, IL 60668-0002

Global Credit & Collection
Corp
300 International Drive
PMB# 10015
Williamsville NY 14221

ATT
PO Box 8100
Aurora IL 60507-8100

Convergent Outsourcing
10750 Hammerly Blvd #200
Houston TX 77043

Heller, Shapiro, Triso &
111 W Washington #1650
Chicago IL 60602

Attorney Arnold Scott Harris
POB 5625
Chicago, IL 60680.5625

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007

Heritage Financial Recovery
Service
600 East Crescent Ave #304
Upper Saddle River NJ 07458

Beermann Swerdlove
161 N Clark St Ste 2600
Chicago IL 60601

Dependon Collection Serv
7627 W Lake St, #210
River Forest, IL 60305

HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901

BENFCL/HFC
POB 6985
Bridgewater NJ 08807

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850

Hurst, Brian J. Attny
and/or HRK Family Law
20 South Clark Street, #600
Chicago IL 60603

Capital One
PO Box 85015
Richmond, VA 23285-5075

Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville FL 32256

IC System Inc.
PO Box 64378
Saint Paul MN 55164

Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Fidelty National Prop and
Casualty
PO Box 33003
St. Petersburg FL 33733-8003

Illinois Department of Revenu
PO Box 19035
Springfield IL 62794.9035

City of Chicago
Department of Revenue
POB 88290
Chicago IL 60680.1290

Franklin Collection Services
2978 W Jackson St.
Tupelo MS 38801

Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999-0030

Linebarger Goggan Blair &
Sampson, LLP
Attorney at Law
PO Box 06268
Chicago, IL 60606-0268

Rosecrance Inc.
3815 Harrison Avenue
Rockford IL 61108.7631

Medical Payment Data
PO Box 9500
Wilkes Barre, PA 18773

RPM - Receivables Perfomance
Mngm LLC
POB 768
Bothell WA 98041

Medical Payment Data
1374 S Babcock St
Melbourne FL 32901

Santander Consumer
8585 N Stemmons Fwy Suite 1100
N
Dallas TX 75247

Midland Credit Management, Inc
8875 Aero Drive Suite 200
San Diego CA 92123

State Collection Services
2509 S Stoughton Rd
Madison, WI 53716

Nationwide Credit &
Collection, Inc
9919 Roosevelt Rd
Westchester, IL 60154

T Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Nissan Infiniti
POB 660360
Dallas TX 75266

TCF National Bank
800 Burr Ridge Parkway
Burr Ridge IL 60527

Northland Group Inc.
PO Box 390905
Edina, MN 55439

Village of Melrose Park
39841 Treasury Center
Chicago IL 60694.9700

PNC Bank
100 West Randolph, Ste 120
Chicago IL 60601

Village of Oak Park
c/o MSB Parking
POB 2730
Huntington Beach CA 92647.2730

Resurrection Behavioral Health
2001 Butterfield Road, Suite
320
Downers Grove IL 60515.5466

RNB-Fields3
POB 9475
Minneapolis MN 55440

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                        Case No.:
**Raelene A Stamm** _____        SSN:  __xxx-xx-9380__
_____         SSN: _____
Debtor(s)
Address:                          ## Numbered Listing of Creditors
**430 Highview Avenue**
**Elmhurst IL 60126**              Chapter:   **7**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.   Allied Interstate, Inc<br>POB 4000<br>Warrenton VA 20188<br>xxxxxx7627 | Unsecured Claim | $154.00 |
| 2.   Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087<br>xxxxxx3571 | Unsecured Claim | $341.00 |
| 3.   Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087<br>xxxxx3570 | Unsecured Claim | $696.15 |
| 4.   Armor Systems Co<br>1700 Kiefer Drive, Suite 1<br>Zion IL 60099.5105<br>xxxxxx3572 | Unsecured Claim | $20.00 |
| 5.   ATT<br>PO Box 8100<br>Aurora IL 60507-8100<br>x xxxxxx xxxxxx6799 | Unsecured Claim | $792.00 |
| 6.   Attorney Arnold Scott Harris<br>POB 5625<br>Chicago, IL 60680.5625<br>xxxxxx3310 | Unsecured Claim | $244.00 |

in re:   **Raelene A Stamm**

_____

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.   Beermann Swerdlove<br>161 N Clark St Ste 2600<br>Chicago IL 60601<br>x xxxxx xxxxxxx6869 | Unsecured Claim | $7,147.00 |
| 8.   BENFCL/HFC<br>POB 6985<br>Bridgewater NJ 08807<br>xxxxxx0057 | Unsecured Claim | $9,844.00 |
| 9.   Capital One<br>PO Box 85015<br>Richmond, VA 23285-5075<br>xxxxxxxx3312 | Unsecured Claim | $2,057.00 |
| 10.   Capital One<br>PO Box 85015<br>Richmond, VA 23285-5075<br>xxxxxxxx1809 | Unsecured Claim | $1,664.00 |
| 11.   Chase<br>201 N Walnut St<br>Mailstop DE1-1027<br>Wilmington, DE 19801<br>x xtamm | Unsecured Claim | $404.21 |
| 12.   City of Chicago<br>Department of Revenue<br>POB 88290<br>Chicago IL 60680.1290<br>xxxxxx4674 | Unsecured Claim | $100.00 |
| 13.   City of Chicago<br>Department of Revenue<br>POB 88290<br>Chicago IL 60680.1290<br>xxxxxx3310 | Unsecured Claim | $557.64 |
| 14.   City of Chicago<br>Department of Revenue<br>POB 88290<br>Chicago IL 60680.1290<br>xxxxxx5710 | Unsecured Claim | $100.00 |
| 15.   Client Services, Inc.<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047<br>xxxxx6030 | Unsecured Claim | $2,287.20 |

in re:   **Raelene A Stamm**

| Debtor | | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002<br>x xxxxx xxxxxxxxxxx3292 | Unsecured Claim | $716.67 |
| 17. Comed<br>Bill Payment Center<br>Chicago, IL 60668-0002<br>x xxxxxx xxxxxxx0001 | Unsecured Claim | $1,111.00 |
| 18. Convergent Outsourcing<br>10750 Hammerly Blvd #200<br>Houston TX 77043<br>xxxxxxxxx x xtamm | Unsecured Claim | $404.25 |
| 19. Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007<br>xxxxxxxxxxx3292 | Unsecured Claim | $716.67 |
| 20. Dependon Collection Serv<br>7627 W Lake St, #210<br>River Forest, IL 60305<br>xxxxxxxx3302 | Unsecured Claim | $446.00 |
| 21. Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850<br>xxxxxxxx6923 | Unsecured Claim | $2,287.00 |
| 22. Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville FL 32256<br>xxxx4721 | Unsecured Claim | $579.95 |
| 23. Fidelty National Prop and Casualty<br>PO Box 33003<br>St. Petersburg FL 33733-8003<br>xxxxxxx6869 | Unsecured Claim | $7,147.00 |
| 24. Franklin Collection Services<br>2978 W Jackson St.<br>Tupelo MS 38801<br>xxxxxx6799 | Unsecured Claim | $792.00 |

in re:    **Raelene A Stamm**
_____
Debtor

_____
Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. GECRB/Ikea<br>4125 Windward Plaza Drive<br>Alpharetta GA 30005<br>xxxxxxxxxxx9502 | Unsecured Claim | $507.00 |
| 26. General American Finance<br>205 W Wacker<br>Chicago IL 60606<br>xxxxx6403 | Unsecured Claim | $1,505.00 |
| 27. General American Finance<br>205 W Wacker<br>Chicago IL 60606<br>xxxxx6136 | Unsecured Claim | $1,972.00 |
| 28. Global Credit & Collection Corp<br>300 International Drive<br>PMB# 10015<br>Williamsville NY 14221<br>xxxx5157 | Unsecured Claim | $1,200.88 |
| 29. Heller, Shapiro, Triso &<br>111 W Washington #1650<br>Chicago IL 60602<br>xxxxxx1351 | Unsecured Claim | $165.00 |
| 30. Heritage Financial Recovery Service<br>600 East Crescent Ave #304<br>Upper Saddle River NJ 07458<br>xxxxxx7619 | Unsecured Claim | $487.11 |
| 31. HSBC BANK<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901<br>xxxxxxxx4035 | Unsecured Claim | $296.00 |
| 32. Hurst, Brian J. Attny<br>and/or HRK Family Law<br>20 South Clark Street, #600<br>Chicago IL 60603<br>xxxxx xx-x-x0163 | Unsecured Claim | $20,000.00 |
| 33. IC System Inc.<br>PO Box 64378<br>Saint Paul MN 55164<br>xxxxxx0001 | Unsecured Claim | $1,111.39 |

in re:    **Raelene A Stamm**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. IC System Inc.<br>PO Box 64378<br>Saint Paul MN 55164<br>xxxxxxx0001 | Unsecured Claim | $41.00 |
| 35. Illinois Department of Revenue<br>PO Box 19035<br>Springfield IL 62794.9035<br>xxxxxxx7968 | Priority Claim | $5,663.93 |
| 36. Internal Revenue Service<br>Department of the Treasury<br>Cincinnati, OH 45999-0030<br>x xxxxx xxxx-9380 | Priority Claim | $14,809.89 |
| 37. Linebarger Goggan Blair & Sampson, LLP<br>Attorney at Law<br>PO Box 06268<br>Chicago, IL 60606-0268<br>xxxxx2720 | Unsecured Claim | $7,289.40 |
| 38. Medical Payment Data<br>PO Box 9500<br>Wilkes Barre, PA 18773<br>x xxxxxx xxxxxxx3331 | Unsecured Claim | $1,258.00 |
| 39. Medical Payment Data<br>1374 S Babcock St<br>Melbourne FL 32901<br>x xxramm | Unsecured Claim | $446.00 |
| 40. Midland Credit Management, Inc<br>8875 Aero Drive Suite 200<br>San Diego CA 92123<br>xxxxxx6963 | Unsecured Claim | $14,332.00 |
| 41. Nationwide Credit & Collection, Inc<br>9919 Roosevelt Rd<br>Westchester, IL 60154<br>xxxxxxx3331 | Unsecured Claim | $1,258.00 |
| 42. Nationwide Credit & Collection, Inc<br>9919 Roosevelt Rd<br>Westchester, IL 60154<br>xxxxxxx2561 | Unsecured Claim | $130.00 |

in re:   **Raelene A Stamm**

_____
Debtor

Case No. (if known)
_____

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43. Nissan Infiniti<br>POB 660360<br>Dallas TX 75266<br>xxxxxxx0671 | Unsecured Claim | $10,553.00 |
| 44. Northland Group Inc.<br>PO Box 390905<br>Edina, MN 55439<br>xxxxxxxxx x xtamm | Unsecured Claim | $1,664.11 |
| 45. PNC Bank<br>100 West Randolph, Ste 120<br>Chicago IL 60601<br>x xxxxx xxxxxx7619 | Unsecured Claim | $487.11 |
| 46. Resurrection Behavioral Health<br>2001 Butterfield Road, Suite 320<br>Downers Grove IL 60515.5466<br>xxx7314 | Unsecured Claim | $437.35 |
| 47. RNB-Fields3<br>POB 9475<br>Minneapolis MN 55440<br>xxxx8011 | Unsecured Claim | $1,001.00 |
| 48. Rosecrance Inc.<br>3815 Harrison Avenue<br>Rockford IL 61108.7631<br>x1376 | Unsecured Claim | $1,411.32 |
| 49. RPM - Receivables Perfomance Mngm LLC<br>POB 768<br>Bothell WA 98041<br>xxxx4922 | Unsecured Claim | $1,036.00 |
| 50. Santander Consumer<br>8585 N Stemmons Fwy Suite 1100 N<br>Dallas TX 75247<br>xxxxxxxxxxxx1000 | Secured Claim | $7,841.00 |
| 51. State Collection Services<br>2509 S Stoughton Rd<br>Madison, WI 53716<br>xxxx0327 | Unsecured Claim | $80.00 |

in re:  **Raelene A Stamm** _____   _____

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 52.  T Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596<br>x xxxxxx xxxx4922 | Unsecured Claim | $1,036.00 |
| 53.  TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge IL 60527<br>x xxxxxx xxxxxx1351 | Unsecured Claim | $165.00 |
| 54.  Village of Melrose Park<br>39841 Treasury Center<br>Chicago IL 60694.9700<br>xxxxDFE8 | Unsecured Claim | $200.00 |
| 55.  Village of Oak Park<br>c/o MSB Parking<br>POB 2730<br>Huntington Beach CA 92647.2730<br>xxxx1364 | Unsecured Claim | $270.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **Raelene A Stamm** _____ ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing  *Numbered Listing of Creditors,*
consisting of ___7___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor: _____   Date: _____
**Raelene A Stamm**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Raelene A Stamm**

CASE NO.

CHAPTER   **7**

## Certificate of Service

---

02645-ILN-CC-016078526

Allied Interstate, Inc
xxxxxx7627
POB 4000
Warrenton VA 20188

BENFCL/HFC
xxxxxx0057
POB 6985
Bridgewater NJ 08807

Client Services, Inc.
xxxxx6030
3451 Harry Truman Blvd
St Charles, MO 63301-4047


Armor Systems Co
xxxxx3571
2322 N Greenbay Rd
Waukegan, IL 60087

Capital One
xxxxxxx3312
PO Box 85015
Richmond, VA 23285-5075

Comcast Cable
x xxxxx xxxxxxxxxx3292
PO Box 3002
Southeastern, PA 19398-3002


Armor Systems Co
xxxxx3570
2322 N Greenbay Rd
Waukegan, IL 60087

Capital One
xxxxxxx1809
PO Box 85015
Richmond, VA 23285-5075

Comed
x xxxxx xxxxxx0001
Bill Payment Center
Chicago, IL 60668-0002


Armor Systems Co
xxxxx3572
1700 Kiefer Drive, Suite 1
Zion IL 60099.5105

Chase
x xtamm
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Convergent Outsourcing
xxxxxxxx x xtamm
10750 Hammerly Blvd #200
Houston TX 77043


ATT
x xxxxx xxxxx6799
PO Box 8100
Aurora IL 60507-8100

City of Chicago
xxxxx4674
Department of Revenue
POB 88290
Chicago IL 60680.1290

Credit Management LP
xxxxxxxxxx3292
4200 International Pkwy
Carrollton, TX 75007


Attorney Arnold Scott Harris
xxxxxx3310
POB 5625
Chicago, IL 60680.5625

City of Chicago
xxxxx3310
Department of Revenue
POB 88290
Chicago IL 60680.1290

Dependon Collection Serv
xxxxxxx3302
7627 W Lake St, #210
River Forest, IL 60305


Beermann Swerdlove
x xxxxx xxxxxx6869
161 N Clark St Ste 2600
Chicago IL 60601

City of Chicago
xxxxx5710
Department of Revenue
POB 88290
Chicago IL 60680.1290

Discover Fin Svcs LLC
xxxxxxx6923
PO Box 15316
Wilmington, DE 19850

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Raelene A Stamm**

CASE NO.

CHAPTER   **7**

### Certificate of Service

(Continuation Sheet #1)

| | | |
|---|---|---|
| Enhanced Recovery Corp<br>xxxx4721<br>8014 Bayberry Road<br>Jacksonville FL 32256 | Heller, Shapiro, Triso &<br>xxxxxx1351<br>111 W Washington #1650<br>Chicago IL 60602 | Linebarger Goggan Blair & Sampson,<br>LLP<br>xxxx2720<br>Attorney at Law<br>PO Box 06268<br>Chicago, IL 60606-0268 |
| Fidelty National Prop and Casualty<br>xxxxxxx6869<br>PO Box 33003<br>St. Petersburg FL 33733-8003 | Heritage Financial Recovery Service<br>xxxxxx7619<br>600 East Crescent Ave #304<br>Upper Saddle River NJ 07458 | Medical Payment Data<br>x xxxxxx xxxxxxx3331<br>PO Box 9500<br>Wilkes Barre, PA 18773 |
| Franklin Collection Services<br>xxxxx6799<br>2978 W Jackson St.<br>Tupelo MS 38801 | HSBC BANK<br>xxxxxxxx4035<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901 | Medical Payment Data<br>x xxramm<br>1374 S Babcock St<br>Melbourne FL 32901 |
| GECRB/Ikea<br>xxxxxxxxxxxx9502<br>4125 Windward Plaza Drive<br>Alpharetta GA 30005 | Hurst, Robin & Kay, LLC<br>xxxxx xx-x-x0163<br>30 North LaSalle, Ste 1210<br>Chicago IL 60602 | Midland Credit Management, Inc<br>xxxxxx6963<br>8875 Aero Drive Suite 200<br>San Diego CA 92123 |
| General American Finance<br>xxxxx6403<br>205 W Wacker<br>Chicago IL 60606 | IC System Inc.<br>xxxxxxx0001<br>PO Box 64378<br>Saint Paul MN 55164 | Nationwide Credit & Collection, Inc<br>xxxxxxx3331<br>9919 Roosevelt Rd<br>Westchester, IL 60154 |
| General American Finance<br>xxxxx6136<br>205 W Wacker<br>Chicago IL 60606 | Illinois Department of Revenue<br>xxxxxxx7968<br>PO Box 19035<br>Springfield IL 62794.9035 | Nationwide Credit & Collection, Inc<br>xxxxxxx2561<br>9919 Roosevelt Rd<br>Westchester, IL 60154 |
| Global Credit & Collection Corp<br>xxxx5157<br>300 International Drive<br>PMB# 10015<br>Williamsville NY 14221 | Internal Revenue Service<br>x xxxxx xxxx-9380<br>Department of the Treasury<br>Cincinnati, OH 45999-0030 | Nissan Infiniti<br>xxxxxxx0671<br>POB 660360<br>Dallas TX 75266 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:    **Raelene A Stamm**

CASE NO.

CHAPTER    **7**

## Certificate of Service

(Continuation Sheet #2)

---

Northland Group Inc.
xxxxxxxxx x xtamm
PO Box 390905
Edina, MN 55439

PNC Bank
x xxxxx xxxxxx7619
100 West Randolph, Ste 120
Chicago IL 60601

Raelene A Stamm
430 Highview Avenue
Elmhurst IL 60126

Resurrection Behavioral Health
xxx7314
2001 Butterfield Road, Suite 320
Downers Grove IL 60515.5466

RNB-Fields3
xxxx8011
POB 9475
Minneapolis MN 55440

Rosecrance Inc.
x1376
3815 Harrison Avenue
Rockford IL 61108.7631

RPM - Receivables Perfomance Mngm
LLC
xxxx4922
POB 768
Bothell WA 98041

Santander Consumer
xxxxxxxxxxxxx1000
8585 N Stemmons Fwy Suite 1100 N
Dallas TX 75247

State Collection Services
xxxx0327
2509 S Stoughton Rd
Madison, WI 53716

T Mobile
x xxxxxx xxxx4922
PO Box 742596
Cincinnati, OH 45274-2596

TCF National Bank
x xxxxxx xxxxxx1351
800 Burr Ridge Parkway
Burr Ridge IL 60527

Village of Melrose Park
xxxxDFE8
39841 Treasury Center
Chicago IL 60694.9700

Village of Oak Park
xxxx1364
c/o MSB Parking
POB 2730
Huntington Beach CA 92647.2730